Daniel J. Williams, Esq. (SBN 222841)
LAW OFFICES OF DANIEL J. WILLIAMS
3990 Old Town Ave., Ste. 200-A
San Diego, CA 92110
Tel: (619) 259-0285
Fax: (619) 923-3253
Email: djw2esq@gmail.com

Former Attorneys of Record for Plaintiffs David Meyer; Ken Moser; Arnie Katz; DCM Properties, Inc.; and Venture Support Group, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEYER, et al., | Case No.: 15-CV-2405-WVG |
| Plaintiffs, | **NOTICE OF LIEN** |
| vs. | |
| CAPITAL ALLIANCE GROUP, et al., | |
| Defendants | Magistrate Judge: Hon. William V. Gallo<br>Filed: 10/23/15 |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

**PLEASE TAKE NOTICE THAT** the Law Offices of Daniel J. Williams was formerly the attorney of record herein for plaintiffs David Meyer, Ken Moser, Arnie Katz, DCM Properties, Inc., and Venture Support Group, LLC, but has been relieved as said parties' attorney of record by substitution of counsel.

///

///

///

1

NOTICE OF LIEN

**PLEASE TAKE FURTHER NOTICE THAT** by virtue of a written fee agreement with said parties, the undersigned law firm has and claims a lien ahead of all others on said parties' claims and causes of action asserted herein, and on any recovery rendered in favor of said parties, to secure payment for legal services rendered and costs and expenses advanced on behalf of said party, all in accordance with the terms of the aforementioned fee agreement.

DATED: July 21, 2017                             LAW OFFICES OF DANIEL J. WILLIAMS


By: /s/ Daniel J. Williams
Daniel J. Williams, former attorney for plaintiffs David Meyer, Ken Moser, Arnie Katz, DMC Properties, Inc., and Venture Support Group, LLC

Daniel J. Williams, Esq. (SBN 222841)
LAW OFFICES OF DANIEL J. WILLIAMS
3990 Old Town Ave., Ste. 200-A
San Diego, CA 92110
Tel: (619) 259-0285
Fax: (619) 923-3253
Email: djw2esq@gmail.com

Former Attorneys of Record for Plaintiffs David Meyer, Ken Moser, Arnie Katz, DCM Properties, Inc., and Venture Support Group, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEYER, et al., | Case No.: 15-CV-2405-WVG |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| CAPITAL ALLIANCE GROUP, et al., | |
| Defendants | Magistrate Judge: Hon. William V. Gallo<br>Filed:  10/23/15 |

**CERTIFICATE OF SERVICE**
*Meyer v. Capital Alliance Group, et al.*
U.S.D.C. Southern District Case No. 15-CV-2405-WVG

   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 3990 Old Town Ave., Ste. 200-A, San Diego, CA 92110.  On **July 21, 2017**, I served the following document(s), by the following methods, on the persons indicated below:

   **NOTICE OF LIEN**

   ☒   BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.casd.uscourts.gov on the recipients designated on the Transaction Receipt located on the CM/ECF website.

✓     BY UNITED STATES MAIL: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and: (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. (2) ✓ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Diego, California.

    Christopher J. Reichman, Esq.
    PRATO & REICHMAN, APC
    8555 Aero Drive, Suite 303
    San Diego, CA 92123
    T: (619) 683-7971
    E: chrisr@prato-reichman.com
    **Counsel for plaintiffs David Meyer, Ken Moser, Arnie Katz, DCM Properties, Inc., and Venture Support Group, LLC**

    Deanna M. Brown, Esq.
    HOMAN & STONE
    12 North Fifth Street
    Redlands, CA 92373
    T: (909) 307-9380
    F: (909) 793-0210
    **Counsel for defendants Capital Alliance Group, Capital Alliance Partners, LLC, Narin Charanvattanakit, Mark Mendoza, Christina Duncan, and Justine Craine**

☐     BY ELECTRONIC SERVICE: Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent from electronic service address djw2esq@gmail.com to **Deanna M. Brown, Esq.**, at the electronic service addresses **dbrown@homan-stone.com**. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the electronic service was unsuccessful.

    I declare under penalty of perjury that the foregoing facts are true and correct, and that this certificate of service was executed by me on **July 21, 2017**, in San Diego, California.

    */s/ Daniel J. Williams*
    Daniel J. Williams, former attorney for plaintiffs
    David Meyer, Ken Moser, Arnie Katz,
    DCM Properties, Inc., and
    Venture Support Group, LLC