Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEYER, et. al.<br><br>Plaintiff,<br>vs.<br><br>CAPITAL ALLIANCE GROUP, et. al.,<br><br>Defendants. | Case No.: 15-CV-2405-WVG<br><br>**PLAINTIFFS' SEPARATE STATEMENT OF MATERIAL FACTS IN DISPUTE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO PARTIAL SUMMARY JUDGMENT BY DEFENDANTS**<br><br>Hon. William V. Gallo<br>Hearing Sept 18, 2017, 2:00 pm |

## INTRODUCTION

Pursuant to the Federal Rules of Civil Procedure Rule 56 and Local Rule 7.1.f.1, Plaintiffs Kenneth Moser, Arnie Katz and DCM Properties, Inc., hereby submit this Separate Statement of Disputed Facts in support of their Opposition to Defendants' Partial Summary Judgment.  Below establishes that that there are material facts that are in dispute and therefore the Court should not grant the Partial Summary Judgment by the Defendants.

## NOTE REGARDING PLAINTIFFS' DECLARATIONS

The Declaration of Arnie Katz and David Meyer are essentially the same declarations that were attached to the Plaintiff's Motion for Partial Summary Judgment, however the paragraphs/exhibits concerning liability have been removed in order to shorten them to what is relevant to this opposition.

## SEPARATE STATEMENT OF UNDISPUTED FACT

Plaintiff contends there is no genuine issue as to the following material facts:

| DISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
| --- | --- |
| 1. Plaintiff Arnie Katz received facsimiles from the Defendants. | Exhibit A. Declaration of Arnie Katz ("Decl. Katz") ¶14-15 |
| 2. Plaintiff DCM Properties received facsimiles from the Defendants. | Declaration of David Meyer ("Decl Meyer") ¶4-6 |
| 3. Plaintiff Kenneth Moser received facsimiles from the Defendants. | Declaration of Kenneth Moser ("Decl. Moser") ¶3-7 |
| 4. Plaintiff Kenneth Moser received pre-recorded message telemarketing phone calls from the Defendants. | Decl. Moser ¶10-17 |
| 5. DCM Properties has a physical facsimile machine | Decl Meyer ¶4 |
| 6. DCM Properties receive a facsimile the machine prints with ink and on paper, which is property of DCM Properties | Decl Meyer ¶5 |
| 7. Plaintiff Arnie Katz printed out the facsimiles that he received from Defendants | Decl. Katz ¶12 |

| | |
|---|---|
| 8. Plaintiff Kenneth Moser printed out the facsimiles that he received from Defendants | Decl. Moser ¶6 |
| 9. Plaintiff Kenneth Moser suffered inconvenience and annoyance from the phone calls. | Decl. Moser ¶18 |
| 10. Plaintiff Kenneth Moser has lost his time that was wasted on the phone calls, and lost opportunity costs in that his phone line was tied up by these calls | Decl. Moser ¶22 |
| 11. The illegal faxes and phone calls caused Plaintiff Kenneth Moser annoyance and frustration. | Decl. Moser ¶18 |
| 12. Plaintiff Kenneth Moser was agitated by the illegal facsimiles. | Decl. Moser ¶21 |
| 13. Plaintiff Kenneth Moser was agitated by the pre-recorded telemarketing phone calls. | Decl. Moser ¶22 |
| 14. The illegal pre-recorded telemarketing phone calls wasted Plaintiff Kenneth Moser's time. | Decl. Moser ¶23 |

DATED: September 4, 2017  **PRATO & REICHMAN, APC**

  /s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiffs

- 3 -

PLAINTIFFS' STATEMENT OF DISPUTED FACTS