Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEYER, et. al.<br><br>        Plaintiff,<br><br>  vs.<br><br>CAPITAL ALLIANCE GROUP, et. al.,<br><br>        Defendants. | Case No.: 15-CV-2405-WVG<br><br>**DECLARATION OF KENNETH MOSER IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. William V. Gallo<br>Hearing Sept 18, 2017, 2:00 pm |

## DECLARATION

    I, Kenneth Moser., state the following to be true and correct under penalty of perjury of the laws of the United States:


    1.      My name is Kenneth Moser and I am one of the Plaintiffs in the above titled action.

    2.      I have a facsimile service called myfax.com which I use to receive faxes with the fax number 858-627-4193.

- 1 -

DECLARATION OF KENNETH MOSER

3.	I have had myfax.com services at since January 2008 through present.

4.	My understanding of how myfax.com works is that a person wishing to send a fax to my fax number would use a device to transcribe text and/or images from a paper document to an electronic signal which is then transmitted via telephone to myfax.com.

5.	myfax.com then sends me an electronic image of the fax that was sent which can be printed.

6.	 I can, and have, printed hard paper copies of faxes sent though this service.

7.	I received six faxes that I currently believe were sent on behalf of the Defendants in this case on November 12, 2012, November 13, 2012, December 5, 2012, December 12, 2012, January 13, 2013, and January 30, 2013 all containing the website www.bankcapitaldirect.com.

8.	I did not request these faxes be sent to me, nor did I have any previous business relationship with any person associated with these faxes.

9.	Based on the wealth of evidence previously provided, I believe that these faxes were sent by Defendants.

10.	I also received unsolicited pre-recorded telemarketing calls to my residential phone from Capital Alliance Group.

11.	On August 6, 2013 I received a call from a caller identification number ("CID") "private caller" on my residential phone number 858-627-4190.

12.	858-627-4190 was assigned to me then by Vonage as my residential phone number.

13.	When I answered this call I heard a recorded voice asking about business loans which then prompted me to press several buttons to be connected to a live person.

14.	On August 29, 2013 I received another call from the CID "Private Caller" with the same message as the previous pre-recorded call.

- 2 -

DECLARATION OF KENNETH MOSER

15.     On November 15, 2013 I once again received a call from the CID "Private Caller" which I answered and heard the same pre-recorded voice as the previous calls.

16.     On November 26, 2013 I once again received a call from the CID "Private Caller" which I answered and heard the same pre-recorded voice as the previous calls.

17.     Based on the wealth of evidence previously provided, I believe that Capital Alliance Group is responsible to sending or causing to be sent the pre-recorded phone calls.

18.     Both the illegal faxes and phone calls caused me annoyance and frustration.

19.     It is agitating to get junk facsimiles that I have to review while waiting for facsimiles I was expecting.

20.     It is also agitating to have my residential phone ring and answer it only to hear a pre-recorded telemarketing voice message.

21.     It is my understanding that a fax sent to my fax service ties up the fax lines for other faxes potentially delaying them.

22.     It is my understanding that the illegal pre-recorded telemarketing phone calls also tie up my phone line when they are incoming as when they are answered.

23.     The illegal pre-recorded telemarketing phone calls by Defendants wasted my time.


DATED: September 4, 2017

/s/ Kenneth Moser
Kenneth Moser
Plaintiff.

- 3 -

DECLARATION OF KENNETH MOSER