```
 1  HOMAN & STONE
    Gene S. Stone (SBN 162112)
 2  gstone@homan-stone.com
    Deanna M. Brown (SBN 167003)
 3  dbrown@homan-stone.com
    Coleman D. Heggi (SBN 253055)
 4  cheggi@homan-stone.com
    12 North Fifth Street
 5  Redlands, California 92373
    Telephone: (909) 307-9380
 6  Facsimile: (909) 793-0210

 7  Attorneys for Defendants, CAPITAL ALLIANCE GROUP; CAPITAL ALLIANCE
    PARTNERS, LLC; NARIN CHARANVATTANAKIT; MARK MENDOZA;
 8  CHRISTINA DUNCAN; and JUSTINE CRAINE

 9
              UNITED STATES DISTRICT COURT
10
         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11
```

| | |
|---|---|
| DAVID MEYER; KEN MOSER; ARNIE KATZ; DCM PROPERTIES, INC.; VENTURE SUPPORT GROUP, LLC,<br><br>Plaintiffs,<br><br>VS.<br><br>CAPITAL ALLIANCE GROUP; CAPITAL ALLIANCE PARTNERS, LLC; MARK MENDOZA; CHRISTINA DUNCAN; NARIN CHARANVATTANAKIT aka NARIN CHARAN, aka CLAYTON HEATH, individually and dba BANKCAPITAL, BANKCAPITAL DIRECT, SIMPLE BUSINESS FUNDING, COMMUNITY BUSINESS FUNDING, 3-DAY LOANS, ZOOM CAPITAL, FUND QUICK, SNAP BUSINESS FUNDING, NEXT DAY BUSINESS LOANS; FUNDED 48 (DOE 1); SMALL BUSINESS LENDING ASSOCIATES (DOE 2); JUSTINE CRANE (DOE 3); and DOES 4-25<br><br>Defendants. | CASE NO. 15-CV-2405-WVG<br><br>[Assigned for all purposes to: Magistrate Judge William V. Gallo]<br><br>**NOTICE OF LODGING OF DEPOSITION TRANSCRIPT OF PLAINTIFF, KEN MOSER; DECLARATION OF DEANNA M. BROWN, ESQ.**<br><br>Location:   Chambers of<br>Hon. William V. Gallo<br><br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, CAPITAL ALLIANCE GROUP, hereby lodges the Original Deposition Transcript of Plaintiff, KEN MOSER, taken January 11, 2017, for purposes of Defendant's Partial Motion for Summary Judgment in this action set for hearing on September 21, 2017 at the request of the Honorable Judge Gallo. The Exhibits to this Deposition, which should have been part of the deposition record were discovered on Friday, September 22, 2017 to have never been completed, are currently being re-assembled by the Court Reporter's office, Sousa Court Reporters. Counsel is working with the Court Reporter's office to correct this deficiency.

DATED: September 25, 2017            HOMAN & STONE

                        BY:   /s/_____

                        GENE S. STONE
                        DEANNA M. BROWN
                        COLEMAN D. HEGGI
                        Attorneys for Defendants CAPITAL
                        ALLIANCE GROUP; CAPITAL
                        ALLIANCE PARTNERS, LLC; NARIN
                        CHARANVATTANAKIT; MARK
                        MENDOZA; CHRISTINA DUNCAN and
                        JUSTINE CRAINE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on September 25, 2017. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/EFC System.

Dated:    Redlands, California
         September 25, 2017         /s/ Gene S. Stone
                                    Gene S. Stone, Esq.