Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEYER, et. al. | **Case No: 15-CV-2405-WVG** |
| Plaintiff, | |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| CAPITAL ALLIANCE GROUP, et. al., | |
| Defendants. | Judge: William V. Gallo |

    Comes now all parties remaining in the above-captioned case to notify the Court pursuant to local and chambers rules that all the parties have reached tentative settlement of the material issues in dispute in the above captioned case. All parties hereby request that the Court maintain jurisdiction for thirty (30) days to give the parties time to reduce the settlement to writing.  All parties hereby also request the Court vacate all currently set dates and deadlines including the trial

date currently set for December 4, 2017.  The parties are confident they will file a

Stipulation of Dismissal with Prejudice within thirty (30) days.

DATED: November 20, 2017		**PRATO & REICHMAN, APC**


/s/Christopher J. Reichman, Esq.
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiffs


DATED: November 20, 2017		**HOMAN & STONE**


 /s/ Gene Stone, Esq.
By: Gene Stone, Esq.,
**Homan & Stone**
Attorney for all Defendants

- 3 -

## ATTESTATION

I hereby attest that Gene Stone, Esq. has given me approval to file this Joint Notice of Settlement. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 20, 2017                **PRATO & REICHMAN, APC**

<u>/s/Christopher J. Reichman, Esq.</u>
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date listed below.

　　　__X__   Via ECF


Deanna Brown, Esq.
dbrown@homan-stone.com
Gene S. Stone, Esq.
gstone@homan-stone.com
HOMAN & STONE
12 North Fifth Street
Redlands, CA 92373


DATED: November 20, 2017　　　　　　**PRATO & REICHMAN, APC**


　　　　　　　　　　　　　　　　　　/s/Christopher J. Reichman, Esq.
　　　　　　　　　　　　　　　　　　By: Christopher J. Reichman, Esq.
　　　　　　　　　　　　　　　　　　**Prato & Reichman, APC**
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs