1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            SOUTHERN DISTRICT OF CALIFORNIA
8

9    DAVID MEYER et al.,                          Case No.:  15-CV-2405-WVG

10                              Plaintiffs,
                                                  **ORDER VACATING SCHEDULING**
11   v.                                           **ORDER AND SETTING**
                                                  **SETTLEMENT DISPOSITION**
12   CAPITAL ALLIANCE GROUP et al.,               **CONFERENCE**

13                              Defendants.

14

15        In light of the parties' joint notice of settlement, the Fourth Amended Scheduling

16   Order (Doc. No. 59) and all dates/deadlines therein are VACATED.

17        Additionally, a telephonic settlement disposition conference is scheduled for

18   **December 28, 2017, at 1:00 p.m.**  The Court shall initiate the call.  On or before **December**

19   **22, 2017**, each attorney intending to participate shall lodge, via electronic mail addressed

20   to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and

21   (2) a telephone number at which each attorney may be reached directly without fail at the

22   time of the conference.

23   IT IS SO ORDERED.

24   DATED: November 21, 2017

25

26                                               Hon. William V. Gallo
                                                 United States Magistrate Judge
27

28


                                        1

                                                              15-CV-2405-WVG