Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEYER, et. al.<br><br>Plaintiff,<br>vs.<br><br>CAPITAL ALLIANCE GROUP, et. al.,<br><br>Defendants. | Case No.: 15-CV-2405-WVG<br><br>**STIPULATION OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Judge: Hon. William V. Gallo |

By and through their respective counsels, all Plaintiffs (DAVID MEYER, KEN MOSER, ARNIE KATZ, DCM PROPERTIES, INC., and VENTURE SUPPORT GROUP, LLC) and all remaining Defendants (CAPITAL ALLIANCE GROUP, CAPITAL ALLIANCE PARTNERS, LLC, MARK MENDOZA, and NARIN CHARANVATTANAKIT) give the Court notice that they have resolved this matter in its entirety and they therefore jointly move and hereby stipulate to

Joint Motion To Dismiss Entire Case

- 2 -

the dismissal, with prejudice, of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 41(a).  A proposed order reflecting the dismissal is provided.

DATED: January 3, 2018                    **PRATO & REICHMAN, APC**


                                          /s/Christopher J. Reichman, Esq.
                                          By: Christopher J. Reichman, Esq.
                                          **Prato & Reichman, APC**
                                          Attorneys for Plaintiffs


DATED: January 3, 2018                    HOMAN & STONE


                                          /s/ Deanna M. Brown, Esq.
                                          By: Deanna M. Brown, Esq.
                                          HOMAN & STONE
                                          Attorneys for Defendants

- 2 -
Joint Motion To Dismiss Entire Case

## **ATTESTATION**

I hereby attest that Deanna M. Brown, Esq. has given me approval to file this Joint Motion To Dismiss. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 3, 2018                    **PRATO & REICHMAN, APC**


                                          /s/Christopher J. Reichman, Esq.
                                          By: Christopher J. Reichman, Esq.
                                          **Prato & Reichman, APC**
                                          Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date listed below.

    __X__   Via ECF

Deanna M. Brown, Esq.
HOMAN & STONE
12 North Fifth Street
Redlands, CA 92373

DATED: January 3, 2018                    **PRATO & REICHMAN, APC**

                                                                            /s/Christopher J. Reichman, Esq.
                                                                            By: Christopher J. Reichman, Esq.
                                                                            **Prato & Reichman, APC**
                                                                            Attorneys for Plaintiffs