UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DAVID MEYER et al., | Case No.: 15-CV-2405-WVG |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| CAPITAL ALLIANCE GROUP et al., | **[Doc. No. 90.]** |
| Defendants. | |

The joint motion to dismiss is GRANTED.  Accordingly, this case is DISMISSED WITH PREJUDICE.  The Clerk of Court is directed to enter judgment and close the case. IT IS SO ORDERED.

DATED: January 4, 2018

_____
Hon. William V. Gallo
United States Magistrate Judge